# In the United States Court of Federal Claims

No. 04-1176L
(Filed November 8, 2004)

* * * * * * * * * * * * * * * * * * * * *

**LINDA L. BEAGLE, et al.**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * *

**ORDER**

The status conference in this case scheduled for November 18, 2004 has been rescheduled for Monday, December 20, 2004 at 10:00 a.m.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge